*Marjorie Allen Dauster,* assistant state's attorney, in opposition.

Decided July 13, 2000

### JACK L. ROSENBLIT, TRUSTEE *v.* BARBARA WILLIAMS ET AL.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Lawrence S. Hillman,* in support of the petition.

*Stuart M. Katz,* in opposition.

Decided July 13, 2000

### ROSELANDE REJOUIS, ADMINISTRATRIX (ESTATE OF JEAN CLAUDE BOITEUX) *v.* GREENWICH TAXI, INC., ET AL.

*Mark F. Katz,* in support of the petition.

*Laurel Fedor,* in opposition.

Decided July 13, 2000

### JOSEPH WASHINGTON *v.* SCHEUSTER CHRISTIE